Argued October 28, affirmed October 28, petition for review denied December 14, 1971

STATE OF OREGON, *Respondent, v.* LARRY DESAY BRADLEY (Nos. C-58093 and C-58307), *Appellant.*

489 P2d 972

*Vernon L. Richards,* Sandy, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.